IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FALASHA ALI, | ) |
| | ) |
| Petitioner, | ) |
| | )   CIVIL ACTION |
| v. | ) |
| | )   No. 16-3258-JWL |
| NICOLE ENGLISH[1], Acting Warden, USP-Leavenworth, | ) |
| | ) |
| Respondent. | ) |

## ORDER TO SHOW CAUSE

This matter is a petition for habeas corpus filed pursuant to 28 U.S.C. 2241. The court has examined the record and finds that a responsive pleading is required.

IT IS, THEREFORE, BY THE COURT ORDERED that the respondent is hereby required to show cause on or before **January 30, 2017** why the writ should not be granted; that the petitioner has until **March 2, 2017** to file a traverse thereto, admitting or denying under oath all factual allegations therein contained; and that the file then be returned to the undersigned judge for such further action as may be appropriate.

Copies of this order shall be transmitted to the parties and to the U.S. Attorney for the District of Kansas.

**IT IS SO ORDERED.**

---

[1] The Court substitutes the warden as respondent under Rule 2(a) of the Rule Governing Section 2254 Cases in the United States District Courts.

**Dated this 3rd day of January, 2017, at Kansas City, Kansas.**

                                      **s/ John W. Lungstrum**
                                      **JOHN W. LUNGSTRUM**
                                      **UNITED STATES DISTRICT JUDGE**